# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

CHARLES MICHAEL GEIGER,                          Civil No. 13-2140 (JRT/LIB)

                          Plaintiff,

v.

                                                 **ORDER ADOPTING REPORT AND**
MINNESOTA DEPARTMENT OF                          **RECOMMENDATION**
HUMAN SERVICES, et al,

                          Defendants.

_____

Charles Michael Geiger, MSOP, 1111 Highway 73, Moose Lake, MN 55767, pro se plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.     Plaintiff's motion for leave to proceed in forma pauperis, (Docket No. 2), IS **DENIED**;

2.     Plaintiff's motion for appointment of counsel, (Docket No. 3), IS **DENIED**;

3.     This action IS summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

4.     Plaintiff's claims brought under Minnesota state law are **DISMISSED WITHOUT PREJUDICE**.

DATED: October 10, 2013
at Minneapolis, Minnesota.               _____ s/John R. Tunheim _____
                                              JOHN R. TUNHEIM
                                         United States District Judge